## (January 8, 1946.)

Chris McCarthy et al. v. American Surety Company.— Motion to dismiss appeal granted, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [183 Misc. 983.]

Harry C. Lipsky et al. v. New York Telephone Company.— Motion to dismiss appeal granted, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [185 Misc. 12.]

## (January 10, 1946.)

Isaiah Goldhaber, Doing Business under the Name of Liberty Fabrics Company, Respondent, v. Liberty Lace and Netting Works, Now Known as Liberty Fabrics of New York, Inc., Appellant.— We are of the opinion that there should be a trial of the issues at the earliest available date. By this decision we do not intend to indicate any opinion on the merits. Order unanimously reversed and trial ordered at the earliest available date, with $20 costs and disbursements to abide the event. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

## (January 11, 1946.)

Josephine Albert, Respondent, v. Leo Lust, as Ancillary Executor of Benedict Lust, Deceased, Appellant.— Order unanimously modified so that the defendant will only be required to particularize concerning such claims of contributory negligence as it intends to assert in addition to those it may be able to develop on the cross-examination. (Murrain v. Wilson Line, Inc., 266 App. Div. 179; Captan v. Associated Transport, Inc., 269 App. Div. 936.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

Bag Modes, Inc., Respondent, v. Philip H. Kallenberg et al., Individually and as Copartners Doing Business under the Name of Kalart Plastic Company, Appellants.— The warranties alleged do not refer to price regulations and the items for examination which refer to such regulations are neither material nor necessary to the cause of action. Order, so far as appealed from, unanimously modified by striking from items 15 and 17 of said order such part, objected to by defendants, as relates to price and price regulations, and as so modified affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.